Rcpt. No. 150004215

33

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| **Blake A Jones** | Case: 2:23-cv-10520 |
|  | Assigned To : Steeh, George Caram |
|  | Referral Judge: Stafford, Elizabeth A. |
| _____ | Assign. Date : 3/3/2023 12:30 PM |
| *Plaintiff(s)* | Description: CMP JONES V. HUNT ET AL (DA) |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| –v– | |
| **Todd Hunt** | |
| **Ronda Gross** | |
| **James O'Shea** | |
| **David Perkins** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued.  If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Blake Jones |
| Street Address | 1050 N Adams unit 203 |
| City and County | Birmingham, Oakland |
| State and Zip Code | Michigan 48009 |
| Telephone Number | (248) 270-0409 |
| E-mail Address | Jones.blake@student.oaklandcc.edu |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Ronda M. Fowlkes Gross |
| Job or Title *(if known)* | 50th District Court Judge |
| Street Address | 70 N Saginaw |
| City and County | Pontiac, Oakland |
| State and Zip Code | Michigan 48342 |
| Telephone Number | 248-758-3800 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Todd Hunt |
| Job or Title *(if known)* | Sergeant Oakland County Sheriffs Office |
| Street Address | 1200 N Telegraph |
| City and County | Pontiac, Oakland |
| State and Zip Code | Michigan |
| Telephone Number | 248-858-5011 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | James O'Shea |
| Job or Title *(if known)* | Detroit Police Department |
| Street Address | 11187 Gratiot Ave |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan |
| Telephone Number | 313-596-5900 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | David Perkins |
| Job or Title *(if known)* | Wayne County Probate Court Judge |
| Street Address | 2 Woodward Ave |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan |
| Telephone Number | 313-224-5706 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Body- worn camera Policy.
If a officer is dispatched to a scene rather for questioning or search without body-worm camera that is police misconduct.
If a judge doesn't acknowledge the police misconduct during the preliminary exam that is corruption ?
Executive order 14074

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.     If the defendant is a corporation

         The defendant,  *(name)* _____ , is incorporated under

         the laws of the State of *(name)* _____ , and has its

         principal place of business in the State of *(name)* _____ .

         Or is incorporated under the laws of *(foreign nation)* _____ ,

         and has its principal place of business in *(name)* _____ .

         *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

         The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Claim 1- Oakland County, slander to my background report, unnecessary damage to personal property, over holding rental property after unlawful search and seizure.
Claim 2- Detroit Police Department/ Wayne County Probate Court, excessive use of force, perjury/ slander , corruption. I am afraid of them I don't believe in them. Traumatic stress.
Claim 1- Oakland County Sheriffs Office corruption.
Claim 2- Detroit Police Department corruption, allowed by probate court judge.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

241,133.84 From Oakland County due to loss of rental privileges, suspension from Lyft, damage to shoes, cost of rental vehicle. Claim 1 "

Claim 2- 20,000,000.00$ for traumatic stress

I've been attacked by corrupt government officials.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____03/03/2023_____

Signature of Plaintiff _____

Printed Name of Plaintiff Blake Jones

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Print    Save As    Add Attachment    Reset

American Taliban, on behalf of  BLAKE ALLANTA JONES v The People of The State of Michigan, Prosecuting Attorney of Oakland County, et al.

# EXHIBIT A
## UNLAWFUL CHARGES

**COMPLAINT - NEGLECT MISCONDUCT**

## INTRODUCTION

1. CONSTITUTION OF MICHIGAN OF 1963 "Article 1 § 6 Bearing of arms" Every person has a right to keep and bear arms for the defense of himself and the state. History: Const. 1963, Art. I, § 6, Eff. Jan. 1, 1964.

2. Michigan's criminal concealed weapons; carrying; penalty, section 227. of the Michigan Penal Code, MCL 750.227, violates Article 1 Section 6 of the Constitution of Michigan.

3. A rental vehicle is a place of business for a chauffeur license carrier, having a firearm while inside a rental chauffeur vehicle or while walking clients to their destination should not be a felony, considering these services to be a part of the business of being a chauffeur, I have the right to defend myself and my passengers at all times. People send children out with high hopes of security.

4. CONSTITUTION OF MICHIGAN OF 1963 "Article 1 § 11 Searches and seizures.

Sec. 11. The person, houses, papers, possessions, electronic data, and electronic communications of every person shall be secure from unreasonable searches and seizures. No warrant to search any place or to seize any person or things or to access electronic data or electronic communications shall issue without describing them, nor without probable cause, supported by oath or affirmation. The provisions of this section shall not be construed to bar from evidence in any criminal proceeding any narcotic drug, firearm, bomb, explosive or any other dangerous weapon, seized by a peace officer outside the curtilage of any dwelling house in this state.

History: Const. 1963, Art. I, § 11, Eff. Jan. 1, 1964;—Am. S.J.R. G, approved Nov. 3, 2020, Eff. Dec. 19, 2020.

5. LAW ENFORCEMENT BODY-WORN CAMERA PRIVACY ACT Act 85 of 2017; § 8. penal code

780.318 Use, maintenance, and disclosure of audio and video recordings recorded by body-worn cameras; written policy.

Sec. 8. A law enforcement agency that utilizes body-worn cameras shall develop a written policy regarding the use of the body-worn cameras by its law enforcement officers and the maintenance and disclosure of audio and video recordings recorded by body-worn cameras that complies with the requirements of this act.

History: 2017, Act 85, Eff. Jan. 8, 2018.

Rendered Tuesday, July 5, 2022

6. The statute is meant for any law enforcement agency. Oakland County sheriff's office is one agency, with several districts. Devastatingly the office out of the city of Pontiac has failed to comply with state laws, rules, and regulations.

"Definition of "A"

—used as a function word before a singular noun followed by a restrictive modifier

: <u>ANY</u>

a person who is sick can't work!

7. During a warranted search, body-worn cameras must be active for all officers involved. Federal, and all police officers in the State of Michigan. When an officer is dispatched body-worn cameras should be recording and streaming so that dispatch can witness the scene in case of an emergency. I never received any warrants, this whole case is corrupt.

By law, Body cameras are ruled to be activated before the activation of lights and sirens for the Michigan State Police, this rule shall apply to any agency calling them for backup. Furthermore, whoever dispatched this officer to a scene without a body-worn camera is guilty of police misconduct. A officer can not be dispatched without a body worn camera. Michigans civilians have the right to defend the state with potentially lethal force.

8. As a result, there are substantial uncertainties about whether MCL 257.602a Is presently enforceable "Failure to stop at signal of police or conservation officer; penalty; subsection (1) inapplicable unless officer in uniform and vehicle identified;" without an active body-worn camera, the officers uniform is not identified which has caused disbelief, especially in a area where fake police have recently been a problem, the threatening actions of this officer who was out of uniform have caused extreme paranoia. In the absence of a "BODY WORN CAMERA", the intent of the officer who's completely violating all sections of "MCL 780.318" is unclear; searches and seizures are deemed illegal without body-worn cameras on state and federal levels. It is necessary and

appropriate to resolve this uncertainty, one that could lead a "MICHIGANDER" to enforce Article 1 Section 6 of Michigan's Constitution with high intentions of defending the state from an unlawful act by a life-threatening officer who isn't so peaceful. Poor communication can lead to devastating outcomes. How could the police expect compliance when they are not following the rules and regulations of the law.

9. 750.349b Unlawful imprisonment; circumstances; violation as felony; penalty; definitions; other violation.

Section 349b

(3) As used in this section:

  (a) "Restrain" means to forcibly restrict a person's movements or to forcibly confine the person so as to interfere with that person's liberty without that person's consent or without lawful authority. The restraint does not have to exist for any particular length of time and may be related or incidental to the commission of other criminal acts.

10. I have been forcibly restrained from my way of living, due to corruptly added charges to my background, after the fact that my rental vehicle was held for several weeks which revoked my rental privileges after unlawful acts had taken place by an Oakland County Sheriff Deputy out of Pontiac, Mi.

11. Article 1 § 9 Slavery and involuntary servitude.

Sec. 9. Neither slavery, nor involuntary servitude unless for the punishment of crime, shall ever be tolerated in this state.

History: Const. 1963, Art. I, § 9, Eff. Jan. 1, 1964.


12. Article 1 § 17 Self-incrimination; due process of law; fair treatment at investigations.

Sec. 17. No person shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty or property, without due process of law. The right of all individuals, firms, corporations and voluntary associations to fair and just treatment in the course of legislative and executive investigations and hearings shall not be infringed.

History: Const. 1963, Art. I, § 17, Eff. Jan. 1, 1964.


13. I'm being punished for a crime that I did not commit. After an immediate review of the evidence submitted on behalf of this case, the case was immediately ruled police misconduct, no crimes were committed by myself the defendant who was threatened in multiple ways by the deputy, I have the right to

remain silent after providing identification to law enforcement. This officer attempted to breach my place of business without anyone's permission, I consider this to be a shakedown attempt. His approach was wrong, and his actions were improper. Due to extreme remedial measures by the prosecutor, and the appointed judge during the preliminary exam this case has to be exonerated immediately, the remedial measures by state court officials have led to the unlawful confinement of an innocent Michigander for over a year now which has caused disbelief in this states judicial system. I'm confused and moderately afraid.

14. I'm requesting legal immunity throughout The United States of America.

15. Article 1 § 24 Rights of crime victims; enforcement; assessment against convicted defendants.

Sec. 24. (1) Crime victims, as defined by law, shall have the following rights, as provided by law:

The right to be treated with fairness and respect for their dignity and privacy throughout the criminal justice process.

The right to timely disposition of the case following arrest of the accused.

The right to be reasonably protected from the accused throughout the criminal justice process.

The right to notification of court proceedings.

The right to attend trial and all other court proceedings the accused has the right to attend.

The right to confer with the prosecution.

The right to make a statement to the court at sentencing.

The right to restitution.

The right to information about the conviction, sentence, imprisonment, and release of the accused.

(2) The legislature may provide by law for the enforcement of this section.

(3) The legislature may provide for an assessment against convicted defendants to pay for crime victims'

rights.

History: Add. H.J.R. P, approved Nov. 8, 1988, Eff. Dec. 24, 1988.

15. Section 750.423 Perjury; penalty; "record" and "signed" defined.

Sec. 423.

(1) Any person authorized by a statute of this state to take an oath, or any person of whom an oath is required by law, who willfully swears falsely in regard to any matter or thing respecting which the oath is authorized or required is guilty of perjury, a felony punishable by imprisonment for not more than 15 years.

(2) Subsection (1) applies to a person who willfully makes a false declaration in a record that is signed by the person and given under penalty of perjury. As used in this subsection:

(a) "Record" means information that is inscribed on a tangible medium or that is stored in an electronic or other medium and is retrievable in perceivable form.

(b) "Signed" means the person did either of the following to authenticate or adopt the record:

(i) Executed or adopted a tangible symbol.

(ii) Attached to or logically associated with the record an electronic symbol, sound, or process.

**History:** 1931, Act 328, Eff. Sept. 18, 1931 ;-- CL 1948, 750.423 ;-- Am. 2012, Act 360, Eff. Apr. 1, 2013

16. During the recorded preliminary exam via Zoom, Deputy T. Hunt intentionally made inaccurate statements according to Deputy Carlos Cordova's dash camera surveillance. Furthermore, their statements are inconsistent with each other. The defendant remains unheard. The printed transcript doesn't match the zoom recording, I'm no conspiracy theorist, but I'm under attack here, and I've been under attack since 2014.

17. Articles 1 § 13 Conduct of suits in person or by counsel.

Sec. 13. A suitor in any court of this state has the right to prosecute or defend his suit, either in his own proper person or by an attorney.

History: Const. 1963, Art. I, § 13, Eff. Jan. 1, 1964.

18. Ronda Gross doesn't approve of Article 1 § 13 during the preliminary exam.

19. MCL 600.2911 Action for libel or slander.

20. For the second time, my public credibility has been defamed, this time with unlawful false allegations pending.

Last time it was slander that led to the abduction and torture of myself I have traumatic stress with officers who don't have body-worn cameras, those who don't know what's legal and what's not.

21. § 767.4 Proceedings before trial; apprehension of suspect; disqualification as examining magistrate; finding as to misconduct in office; disclosures, penalty, exceptions; report of no finding of criminal guilt; period of inquiry; successor judge, appointment.

22. The warrant that I received from court-appointed attorney Todd Kaluzny weeks after this event took place was not signed by any judge, only the Oakland County Assistant Prosecuting Attorney who I'm guessing has no classified national security clearance to rewind the electronic surveillance from The 2021 Chevy Tahoe registered to Lyft, (not a Yukon).

23. As of, May 1st 2023, restitution in the amount of $241,133.84 is due immediately. Based upon material damages to shoes, the cost of the rental vehicle, my rental privileges have been revoked by Avis who offers the best

rental rates for this occupation, my rides-hare privileges are currently suspended, and I've been placed under consideration by Lyft and all of the other rideshare programs I use to earn income. I've been victimized by a home invasion, harassment, and extortion, and I've been evicted following these matters. I'm also requesting to be recompensed so that I can build a safe location to live.

## Hunt

Jones appeared nervous and vague when asked questions.  Jones was wearing a redwings jersey.  Under the jersey I could see the distinct outline of a bullet proof vest.  I asked Jones what he had on under his jersey and he responded, "a vest".  I then asked Jones if he had a gun in the car to which Jones replied, "so what if I do?".  Jones was then advised that he was required to advise me if he  had a gun in the car (in the event that he had a CPL).  Jones didn't respond and didn't confirm or deny that he had a gun in the car.

Inconsistent statements, that's what body worn cameras are mandated for.

- At 2:50, on Cordova's dash camera threats were made.

Cordova

asked to roll the window down. Jones instead began rolling the window up. Jones stopped rolling the window up, however kept it open. I heard Sergeant Hunt ask Jones if he was wearing vest, and if there was a gun in the vehicle. Jones was then asked to step out of the vehicle. Jones began to roll the window up. Jones refused to comply, and placed the Tahoe in drive. Jones accelerated out of the residential neighborhood at a high rate of speed. A vehicle pursuit was

"Did he ask if I was wearing a vest, or did I say I was wearing a vest?" Be kind, please rewind.

American Taliban, on behalf of  BLAKE ALLANTA JONES v Wayne County Probate Court,
James O'Shea of The Detroit Police Department, Behavioral Center of Michigan.

# EXHIBIT A
Complaint
Detroit Police Department Case # 190504-0234
Wayne County Probate Case # 2017-825343-MI

STATE OF MICHIGAN

_____
American Taliban, on behalf of Blake Allanta Jones,

Plaintiff
Blake Allanta Jones


Defendant(s)
Detroit Police Department
Officer James O'Shea
Behavioral Center of Michigan
Wayne County Probate Court
Hon. David Perkins


**COMPLAINT FOR MISCONDUCT**


**INTRODUCTION**

1.  CONSTITUTION OF MICHIGAN OF 1963 "Article 1 § 11 Searches and seizures.
Sec. 11. The person, houses, papers, possessions, electronic data, and electronic communications of every person shall be secure from unreasonable searches and seizures. No warrant to search any place or to seize any person or things or to access electronic data or electronic communications shall issue without describing them, nor without probable cause, supported by oath or affirmation. The provisions of this section shall not be construed to bar from evidence in any criminal proceeding any narcotic drug, firearm, bomb, explosive or any other dangerous weapon, seized by a peace officer outside the curtilage of any dwelling house in this state.
History: Const. 1963, Art. I, § 11, Eff. Jan. 1, 1964;—Am. S.J.R. G, approved Nov. 3, 2020, Eff. Dec. 19, 2020.


2.  LAW ENFORCEMENT BODY-WORN CAMERA PRIVACY ACT Act 85 of 2017;  § 8. penal code
780.318 Use, maintenance, and disclosure of audio and video recordings recorded by body-worn cameras; written policy.
Sec. 8. A law enforcement agency that utilizes body-worn cameras shall develop a written policy regarding the use of the body-worn cameras by

its law enforcement officers and the maintenance and disclosure of audio and video recordings recorded by body-worn cameras that complies with the requirements of this act.
History: 2017, Act 85, Eff. Jan. 8, 2018.
Rendered Tuesday, July 5, 2022


3.   The statue is meant for any and all law enforcement agencies.
"Definition of "A"
—used as a function word before a singular noun followed by a restrictive modifier
: <u>ANY</u>
a person who is sick can't work!

4.   During a probable cause or warranted search, body worn cameras must be active for all officers on the scene Federal, and State of Michigan officers. When a officer is dispatched body worn cameras should be recording and streaming so that dispatch can witness the scene in case of emergency. Body cameras are ruled to be activated before the activation of lights and sirens for the Michigan State Police, this rule should apply to any agency calling them for back up.

5.    As a result, there is a substantial uncertainty about whether this officer is mentally competent to be on duty. No body camera, confiscating firearms from a valid concealed pistol license holder, excessive use of force, confiscating business property from the owner, slandering a production company as a terrorist organization, perjury, abduction which led into torture and medical malpractice this is the most ridiculous level of corruption I've ever heard of. No one ever knew of "American Taliban" until he illegally confiscated my company "fake id". Then all of of sudden it's slandered all over the World Wide Web.


6.   A "MICHIGANDER" has every right to enforce Article 1 Section 6 of Michigans Constitution with high intentions on defending the state from an unlawful act by a life threatening officer who isn't so peaceful.

7.   750.349b Unlawful imprisonment; circumstances; violation as felony; penalty; definitions; other violation.

Section 349b
(3) As used in this section:
  (a) "Restrain" means to forcibly restrict a person's movements or to forcibly confine the person so as to interfere with that person's liberty without that person's consent or without lawful authority. The restraint does not have to exist for any particular length of time and may be related or incidental to the commission of other criminal acts.


8.   I have been forcibly restrained at a unsecured psychiatric facility, due to the fact that the quiet room had no door, how was a facility operating without a door, without a doctor on site. I was force fed a medication that I was labeled allergic to prior to this event while I was restrained to a bed covered in someone else's bodily fluid maybe a victim who had died prior to me being corruptly committed.


9.   Article 1 § 17 Self-incrimination; due process of law; fair treatment at investigations.
Sec. 17. No person shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty or property, without due process of law. The right of all individuals, firms, corporations and voluntary associations to fair and just treatment in the course of legislative and executive investigations and hearings shall not be infringed.
History: Const. 1963, Art. I, § 17, Eff. Jan. 1, 1964.


10.   I'm being punished for no apparent reason, the clerk at the desk of the 9th precinct claims this was a robbery. I was under a valid military contract at the time of this attack, I'm sure someone with classified national security clearance is able to rewind my national security evaluation electronic surveillance.

11.   I'm requesting legal immunity throughout The United States of America.

15.   Article 1 § 24 Rights of crime victims; enforcement; assessment against convicted defendants.

Sec. 24. (1) Crime victims, as defined by law, shall have the following rights, as provided by law:

The right to be treated with fairness and respect for their dignity and privacy throughout the criminal justice process.

The right to timely disposition of the case following arrest of the accused.

The right to be reasonably protected from the accused throughout the criminal justice process.

The right to notification of court proceedings.

The right to attend trial and all other court proceedings the accused has the right to attend.

The right to confer with the prosecution.

The right to make a statement to the court at sentencing.

The right to restitution.

The right to information about the conviction, sentence, imprisonment, and release of the accused.

(2) The legislature may provide by law for the enforcement of this section.

(3) The legislature may provide for an assessment against convicted defendants to pay for crime victims'

rights.

History: Add. H.J.R. P, approved Nov. 8, 1988, Eff. Dec. 24, 1988.


12.   Section 750.423 Perjury; penalty; "record" and "signed" defined.
Sec. 423.

(1) Any person authorized by a statute of this state to take an oath, or any person of whom an oath is required by law, who willfully swears falsely in regard to any matter or thing respecting which the oath is authorized or required is guilty of perjury, a felony punishable by imprisonment for not more than 15 years.

(2) Subsection (1) applies to a person who willfully makes a false declaration in a record that is signed by the person and given under penalty of perjury. As used in this subsection:

(a) "Record" means information that is inscribed on a tangible medium or that is stored in an electronic or other medium and is retrievable in perceivable form.

(b) "Signed" means the person did either of the following to authenticate or adopt the record:

(i) Executed or adopted a tangible symbol.
(ii) Attached to or logically associated with the record an electronic symbol, sound, or process.

**History:** 1931, Act 328, Eff. Sept. 18, 1931 ;-- CL 1948, 750.423 ;-- Am. 2012, Act 360, Eff. Apr. 1, 2013

13.   The statement of this case is so corrupted no way it's admissible in any court.

14.   MCL 600.2911 Action for libel or slander.

15.   My public credibility has been defamed, slander that led to the abduction and torture of myself I now have traumatic stress with officers who don't have body worn cameras, those who don't know what's legal and what's not.

16.   § 767.4 Proceedings before trial; apprehension of suspect; disqualification as examining magistrate; finding as to misconduct in office; disclosures, penalty, exceptions; report of no finding of criminal guilt; period of inquiry; successor judge, appointment.

17. What judge is making decisions without evaluating all of the facts, if a petition of threats are filed, where the police report, anyone who has read the report that I've received will immediately know something is not accurate.

18.   As of todays,  recompense for injury in the amount of $20,000,000.00 is due immediately from Detroit Police Department, another $20,000.000.00 from  Behavioral Center of Michigan. I've also requesting $20,000,000.00 from each individual site that has slandered "American Taliban" this was a  production company at the time of this attack not a

terrorist organization. It's become a record label, it's the name of my upcoming film which has nothing to do with anyone by the name of John Walker Lindh. Based upon the headaches and traumatic stress, physical and mental damages caused during this attack that has caused extreme damage to my mindset. I need some money to build several safe compounds in numerous locations since I'm a "Terrorist" with the joint terrorist task force at my mothers door in 2019, recently at my door in July 2022. What do I have to do for a peace of mind. I'm terrified of the power of corrupt local police agencies robbing people, abducting, drugging and torturing. The country's out of order.

I've submitted a complaint with the Michigan attorney general all I've received was a receipt #AG 2019-0271481-A

19. I was never involuntary committed, my hearing was voided, I was ordered to continue my outpatient treatment by Dr.Medina. I have been ordered to stop taking antipsychotics. Now that I'm back at work and school, I have a clear mind and I'm able to file this complaint after years of being mis-diagnosed. It's safe to say I'm under attack. I'm not out of my mind this is a very high level of corruption I'm dealing with from the police, nurses, doctors, and judges. I have no proof that I've been date raped trafficked throughout my lifespan although the doctor can't identify date rape drugs which shouldn't be in production, i'm positive it's possible and very high levels of power is involved, a mental patient shall be under electronically surveillance at all times, case workers of patients shall not ignore the fact that human trafficking exist. It is so unfair that what happens at psychiatric facilities stays at those facilities. We are humans their should not be any hearsay, no patient should be strapped to a mattress covered in a strangers bodily fluids, people have died at this facility, I believe I was nearly a victim. If someone his held for years being force fed medications how can they ever apply for any legal help with the statue of limitations, this is ridiculous it has to stop immediately.

20. Please remove involuntary commitment from my background, it never happened.

STATE OF MICHIGAN
PROBATE COURT
COUNTY OF WAYNE

CERTIFICATE OF LEGAL COUNSEL/
WAIVER OF ATTENDANCE

In the matter of   Blake A John, respondent of a Petition

## CERTIFICATE OF LEGAL COUNSEL

1. I have been appointed by the court as legal counsel for the individual named above.

2. A hearing on the petition for mental health treatment has been set as follows:

Date: _7/31/18_    Location: _1019 CARON, DETROIT MI 48208_

Time: _8:30 A.M._    Judge: _DAVID PERKINS_

3. I certify that I personally have seen and consulted with the individual at least 24 hours before the time set for the hearing.

_7/30/18_                    Signature of attorney _____  Bar no.
Date
                           MELINDA CAMERON
                           Attorney name (type or print)
                           13701 SEVEN MILE SUITE 175
                           Address
                           LIVONIA, MI 48152 (248)xxx-xxxx
                           City, state, zip          Telephone no.

## WAIVER OF ATTENDANCE

I understand that it is my right to be present at the hearing on the petition for mental health treatment set for the date stated above but I waive that right.

[X] I, the subject of the petition, stipulate to the relief sought in this petition. _I STIPULATE TO A 90-DAY TREATMENT ORDER WITH UP TO THE FIRST 60 DAYS INPATIENT HOSPITALIZATION, FOLLOWED BY OUTPATIENT TREATMENT._

[ ] I withdraw my petition for discharge.

[ ] I waive my attendance only.

_7/30/18_                    X _____
Date                         Signature of the individual named above

                           Witness: _____
                                    Signature of legal counsel

Do not write below this line - For court use only

The Behavioral Center of Michigan
4050 E. 12 Mile Road
Warren, Michigan 48092-2534

**Patient Name: Jones, Blake**
**Doctor: Medina, Eleanor MD**
**Date of Service: 07/22/2019**

Age: 27

MRN: 15932
DOB: 02/15/1992
Admit Date: 07/19/2019

Page 1 of 1

## PROGRESS NOTE

**Chief Complaint / Reason for Admission:**
The patient was petitioned by the police because he was threatening officer and having multiple firearms with paranoia. He presents as paranoid and guarded. He minimized his symptoms. He reported that in May, he was pulled over on his way to the gun range to "make a movie of himself shooting." His guns were confiscated and when he went to this station to get his firearms back, he stated that he yelled at the police and because of having schizophrenia diagnosis, they took him to the hospital. He denied threatening police. He admitted to noncompliance with medications as he does not like the way Seroquel makes him feel. He reported that antipsychotics makes him hallucinate.

**Current Patient Progress:**
The patient is demanded to be discharged. He does not think he needs to be in the hospital. He was not convinced that he is in the hospital and demanded to be discharged. He was screaming, banging, and throwing stuffs. He was placed in seclusion with four-point restraints at this time and p.r.n. medications were ordered with the slow progress.

**Prognosis:**
Guarded at this time.

**Discharge Plan:**
The patient will be discharged back to his previous living arrangement. We will continue to monitor and adjust medications and observe his behavior.

Eleanor Medina, M.D.

Dictated: 07/22/2019     Time: 10:25 P.M.
Transcribed: 07/23/2019  Time: 02:37 A.M.
JOB#: 422711

Electronically Signed By: Eleanor Medina, MD Jul 23 2019 9:24AM

DISCLOSURE OF INFORMATION

CONSENT AND AUTHORIZATION

**PERSON TO BE ADMITTED**

| | |
|---|---|
| Name Blake Jones | |
| Address 19370 Packard St. Apt 125 | City Detroit 48234 | State MI |
| Phone 313 - 587- 9976    Birth Date 02/15/92 | County Residence Wayne |

Name of Applicant
Blake Jones

The applicant is the:
☑ Recipient    ☐ Guardian    ☐ Patient Advocate designated in Psychiatric Advance Directive

Signature of Applicant    Date 3-9-19    Time 1915

ACKNOWLEDGEMENT OF PROVISION OF A WRITTEN AND ORAL EXPLANATION OF THE RIGHTS OF RECIPIENTS OF MENTAL HEALTH SERVICES (MCL 330.1416 / MCL 330.1706)

Date

This is not a terrorist organization.



JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dale A. Jones

## DEFENDANTS
Ronda Gross

**(b)** County of Residence of First Listed Plaintiff  Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Oakland
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine / Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal / ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | Injury / Property Damage | ☐ 751 Family and Medical | ☐ 862 Black Lung (923) | |
| | ☐ 362 Personal Injury - / ☐ 385 Property Damage | Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | Medical Malpractice / Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - / **Other:** | ☐ 462 Naturalization Application | | |
| | Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 241,177.84

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE  03-07-23

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☒ Yes
                                                                          ☐ No

If yes, give the following information:

Court: U.S. District Court

Case No.: 2:22-cv-10246-SJM-CI / 2:23-cv-10396-SJM-CI

Judge: Stephen J. Murphy III


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other     ☐ Yes
            court, including state court? (Companion cases are matters in which  ☐ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____